**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| JESSE W. SEARCY, | |
| Plaintiff, | |
| v. | Case No. 2:21-cv-00018-SEP |
| NATIONAL CREDIT SYSTEMS, INC., | |
| Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

**NOW COMES** Alexander J. Taylor ("Mr. Taylor"), counsel for Plaintiff, Jesse W. Searcy ("Plaintiff"), moving to withdraw as counsel. In support thereof, Mr. Taylor states as follows:

1.      Mr. Taylor is one of Plaintiff's attorneys in this matter.

2.      On June 25, 2021, Mr. Taylor will be leaving Sulaiman Law Group, Ltd.

3.      Plaintiff will continue to be represented by attorney Marwan R. Daher.

**WHEREFORE**, Alexander J. Taylor, respectfully requests the Court enter an order permitting Mr. Taylor to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

DATED: June 18, 2021                Respectfully submitted,

_/s/ Alexander J. Taylor_
Alexander J. Taylor, Esq.
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Missouri by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Alexander J. Taylor*
